**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:24-CV-533-FDW-DCK**

| | | |
|---|---|---|
| **LEE WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIGURE LENDING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on Movant E. Adam Webb's "Motion For Special Admission" (Document No. 3) filed June 17, 2024.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

      Movant seeks to appear before this Court on behalf of Plaintiff pursuant to Local Rule 83.1(b)(2), without associating local counsel.  Plaintiff has filed a "Class Action Complaint" (Document No. 1) against Figure Lending, LLC.

      This Court generally prefers that attorneys who are not admitted to this Court associate local counsel and seek admission *pro hac vice*.  <u>See</u> LCvR 83.1(b)(1).  The undersigned will respectfully decline to diverge from that more common method of appearance in this instance.

      **IT IS, THEREFORE, ORDERED** that Movant E. Adam Webb's "Motion For Special Admission" (Document No. 3) is **DENIED**.

**SO ORDERED**.

Signed: June 17, 2024

David C. Keesler
United States Magistrate Judge