# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:24-CV-533-FDW-DCK

| | | |
|---|---|---|
| LEE WARD, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| FIGURE LENDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Exceed Word Limit In Memorandum Of Law In Support Of Defendant's Preliminary Motion" (Document No. 12) filed July 30, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Honorable Frank D. Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Exceed Word Limit In Memorandum Of Law In Support Of Defendant's Preliminary Motion" (Document No. 12) is **DENIED**.

**SO ORDERED**.

Signed: July 31, 2024

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge