IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-533-FDW-DCK

| | |
|---|---|
| LEE WARD, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| FIGURE LENDING, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Local Counsel Caroline P. Donelan on August 1, 2024.

Applicant Cheryl S. Chang seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Cheryl S. Chang is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 1, 2024

David C. Keesler
United States Magistrate Judge