UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00533-FDW-DCK

| LEE WARD, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| FIGURE LENDING, LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and Joint Stipulation Regarding Defendant's Motion to Dismiss. (Doc. No. 25.) On August 5, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 20.) On August 26, 2024, Plaintiff filed an Amended Complaint. (Doc. No. 24.) Since Plaintiff filed an Amended Complaint, Plaintiff and Defendant jointly ask the Court to dismiss Defendant's Motion to Dismiss as moot. (Doc. No. 25, p. 1–3.) The parties also jointly ask for an extension for Defendant to respond to Plaintiff's Amended Complaint. (Id.) "It is well settled that a timely-filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings may be denied as moot." Ledford v. Eastern Band of Cherokee Indians, No. 1:20-cv-005-MR-DCK, 2020 WL 1042235, at *1 (W.D.N.C. Mar. 3, 2020).

Therefore, Defendant's Motion to Dismiss, (Doc. No. 20), is **DENIED as MOOT**, and Plaintiff's Consent Motion, (Doc. No. 25), is **GRANTED**. Defendant shall have through and including September 23, 2024, to respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED**.

Signed: September 11, 2024

Frank D. Whitney
United States District Judge